# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   BARBARA A DOMBROWSKI                    §
                                                 §   Case No.: 07-19745
                                                 §
         Debtor(s)                               §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/24/2007.

2)  This case was confirmed on 02/11/2008.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/01/2008, 11/06/2008, 06/25/2009.

5)  The case was dismissed on 08/24/2009.

6)  Number of months from filing to the last payment: 21

7)  Number of months case was pending: 25

8)  Total value of assets abandoned by court order: NA

9)  Total value of assets exempted: $    64,475.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
========================================================================
 Receipts:
        Total paid by or on behalf of the debtor       $   12,035.45
        Less amount refunded to debtor                 $      844.81
 NET RECEIPTS                                          $   11,190.64
========================================================================


========================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan          $      768.00
        Court Costs                                    $          .00
        Trustee  Expenses and Compensation             $      855.40
        Other                                          $          .00

 TOTAL EXPENSES OF ADMINISTRATION                      $    1,623.40

 Attorney fees paid and disclosed by debtor            $    1,000.00
========================================================================


========================================================================
 Scheduled Creditors:

 Creditor                   Claim        Claim        Claim      Principal     Int.
   Name         Class     Scheduled    Asserted     Allowed        Paid        Paid

 WELLS FARGO FINANCIA  UNSECURED      736.00       474.53       474.53         .00       .00
 DISCOVER FINANCIAL S  UNSECURED          NA    14,589.86    14,589.86      338.42       .00
 INTERNAL REVENUE SER  PRIORITY     6,327.84     6,327.84     6,327.84    6,327.84       .00
 INTERNAL REVENUE SER  UNSECURED    5,150.88     5,150.88     5,150.88      119.47       .00
 CHARTER ONE BANK      SECURED     24,961.00          .00          .00          .00       .00
 CHARTER ONE BANK      SECURED     75,000.00          .00          .00          .00       .00
 INTERNAL REVENUE SER  PRIORITY    46,960.00           NA           NA          .00       .00
 INTERNAL REVENUE SER  UNSECURED    1,599.00           NA           NA          .00       .00
 AMERICAN EXPRESS BAN  UNSECURED   15,783.00    17,926.38    17,926.38      415.82       .00
 AMERICAN EXPRESS BAN  UNSECURED      366.00       109.81       109.81          .00       .00
 ECAST SETTLEMENT COR  UNSECURED    7,555.00     8,696.98     8,696.98      201.74       .00
 B-REAL LLC            UNSECURED    2,300.00     2,300.51     2,300.51       53.35       .00
 B-REAL LLC            UNSECURED   10,940.00    10,940.18    10,940.18      253.76       .00
 B-REAL LLC            UNSECURED   22,380.00    22,380.36    22,380.36      519.12       .00
 PORTFOLIO RECOVERY A  UNSECURED   20,406.00    20,406.68    20,406.68      473.34       .00
 DISCOVER CARD         UNSECURED   13,825.00           NA           NA          .00       .00
 FIRST BANK            UNSECURED   11,023.00           NA           NA          .00       .00
 GEMB/QVC              UNSECURED    1,808.00           NA           NA          .00       .00
 HOUSEHOLD BANK NA IL  UNSECURED    1,103.00           NA           NA          .00       .00
 ECAST SETTLEMENT COR  UNSECURED    1,205.00     1,161.85     1,161.85       17.04       .00
 MONOGRAM CREDIT CARD  UNSECURED      974.00           NA           NA          .00       .00
 WELLS FARGO FINANCIA  UNSECURED      736.00           NA           NA          .00       .00
 PRA RECEIVABLES MANA  UNSECURED          NA    10,539.28    10,539.28      244.46       .00
========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| Scheduled Creditors:                                                           |
|                                                                                |
| Creditor                  Claim         Claim         Claim      Principal    Int. |
|   Name          Class    Scheduled     Asserted      Allowed        Paid      Paid |
|                                                                                |
| MACYS RETAIL HOLDING  UNSECURED    NA      1,499.64     1,499.64       21.99      .00 |
| B-REAL LLC            UNSECURED    NA     24,257.83    24,257.83      562.68      .00 |
| ECAST SETTLEMENT COR  UNSECURED    NA      1,014.93     1,014.93       18.21      .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,327.84 | 6,327.84 | .00 |
| **TOTAL PRIORITY:** | 6,327.84 | 6,327.84 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 141,449.70 | 3,239.40 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,623.40 |
| Disbursements to Creditors | $ | 9,567.24 |
| **TOTAL DISBURSEMENTS:** | $ | 11,190.64 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    11/23/2009              /s/ Tom  Vaughn
                                   Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**